UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 03-CV-10961-RGS

DIRECT TV, INC.

v.

_____       PENA_____

<u>DISCOVERY ORDER</u>

August 5, 2003

STEARNS, D.J.

The court will order the following discovery schedule. The parties shall exchange automatic discovery pursuant to Local Rule 26.2(A) within thirty days of the date of this Order. Without further leave of court, the parties may serve no more than twenty interrogatories, one request for the production of documents (not to exceed twenty in number), and may conduct no more than two depositions. The parties must serve any written discovery requests within sixty days of the date of this Order. The parties must respond to any properly propounded written discovery request within thirty days of service. Depositions must be completed within one-hundred twenty days of the date of this Order.

SO ORDERED.

/s/ Richard G. Stearns
_____
UNITED STATES DISTRICT JUDGE