# UNITED STATES DISTRICT COURT

## District of MASSACHUSETTS

DIRECTV, Inc.

V.

Welby Pena

**SUMMONS IN A CIVIL CASE**

**10961**

CASE NUMBER:

TO: (Name and address of Defendant)

Welby Pena
25 Williams Avenue
Lynn, MA 01902

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John M. McLaughlin
McLaughlin Sacks, LLC
31 Trumbull Road
Northampton, MA 01060
(413) 586-0865

an answer to the complaint which is herewith served upon you, within _ **twenty (20)** _ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

DATE  05-22-03

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | **DATE** |
| NAME OF SERVER *(PRINT)* | **TITLE** |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

**Essex County Sheriff's Department** • PO Box 2019 • Salem, MA 01970 • 978-750-1900 ext. 3590

*Essex, ss.*

July 10, 2003

I hereby certify and return that on 7/9/2003 at 08:15 am I served a true and attested copy of the summons and complaint, civil action cover sheet in this action in the following manner: To wit, by leaving at the last and usual place of abode of Welby Pena , 25 Williams Avenue, Lynn, MA , and by mailing 1st class to the above address on 7/9/2003. Basic Service Fee ($20.00), Conveyance ($3.20), Travel ($3.00), Postage and Handling ($3.00), Copies ($10.00) Total Charges $39.20

Deputy Sheriff Michael Burke

_____
*Deputy Sheriff*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.